**FILED**
July 3, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> v.  ) <br> ) <br> JIMMY JOE ROSS LATIMER,  ) <br> ) <br> Defendant.  ) | Case No. MAG. 07-0218-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JIMMY JOE ROSS LATIMER, Case No. MAG. 07-0218-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $25, 000.00

   _X_   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered to appear on 07/20/07 at 9:30 am at USDC, 401W. Trade Street, Charlotte, NC 28202 before Magistrate Judge Horn.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _July 3, 2007_ at _3:44pm_.

By _[signature]_
Edmund F. Brennan
United States Magistrate Judge