DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for JIMMY JOE ROSS LATIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>JIMMY JOE ROSS LATIMER,              )<br>                                     )<br>            Defendant.               )<br>_____) | Mag. No. 07-218-EFB<br><br>**STIPULATION AND ORDER TO**<br>**RELEASE PASSPORT** |

     On July 3, 2007, defendant Jimmy Joe Ross Latimer appeared before the Court on a criminal complaint filed in the Western District of North Carolina (Case Number 3:07MJ108).  He was released that day on bond and pretrial services conditions.  One of his conditions was that he deposit his passport with the Court.  This occurred on July 9, 2007, and the passport has remained at the Clerk's Office since that date. Mr. Latimer has since appeared in the Western District of North Carolina and pled guilty.  He has remained out of custody.

     Defense counsel in North Carolina has contacted Assistant Federal Defender Rachelle Barbour to request that his passport be released from our district.  Both parties and the probation office in

1  North Carolina need the passport to confirm dates of travel in Mr.
2  Latimer's case.  Defense counsel requested that the passport be
3  released to him for use in sentencing proceedings.
4       Accordingly, the parties agree and stipulate that the Court
5  release Mr. Latimer's passport, and provide it by mail to Mr. Latimer's
6  current defense counsel, Rick Winiker, esq., 435 E. Morehead St.,
7  Charlotte, NC 28202.  Mr. Winiker's phone number is 704-807-8223, and
8  his email address is swiniker@winikerlaw.com.
9       A proposed order follows for the Court's convenience.
10 Dated:   February 21, 2008
11                            Respectfully submitted,
12                            DANIEL J. BRODERICK
                           Federal Defender
13
14                            /s/ RACHELLE BARBOUR
15                            RACHELLE BARBOUR
                           Assistant Federal Defender
16
17 Dated:   February 21, 2008  McGREGOR SCOTT
                           United States Attorney
18
                           /s/ SEAN FLYNN
19
                           SEAN FLYNN
20                            Assistant United States Attorney
21
22                       **O R D E R**
23
24      The Clerk of the Court for the Eastern District of California is
25 ordered to release Mr. Latimer's passport by mail forthwith, to his
26 current attorney, Rick Winiker, Esq., 435 E. Morehead St., Charlotte,
27 NC 28202.
28 Dated:   February 22, 2008.                 _____
                                              U.S. MAGISTRATE JUDGE